| HCDistrictclerk.com | WILLIAMS, TERESA vs. SHERMAN, WADE | 9/23/2016 |
|---|---|---|
| | Cause: 201652903    CDI: 7    Court: 189 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 8/10/2016 |
| **Case (Cause) Location** | Civil Intake 1st Floor |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | Motor Vehicle Accident |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 8/10/2016 |

### COURT DETAILS

| | |
|---|---|
| **Court** | 189th |
| **Address** | 201 CAROLINE (Floor: 12) HOUSTON, TX 77002 Phone:7133686300 |
| **JudgeName** | BILL R. BURKE JR. |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| WILLIAMS, TERESA | PLAINTIFF - CIVIL | | STERN, JEFFREY M. |
| 4909 BISSONNET, BELLAIRE, TX 77401 | | | |
| SHERMAN, WADE | DEFENDANT - CIVIL | | |
| 3606 SANFORD RD., NICHOLSON, TX 32565 | | | |
| BRECHT TRUCKING, LLC | DEFENDANT - CIVIL | | |
| 708 HEARTLAND TRAIL,, MADISON, WI 53717 | | | |
| SHERMAN, WADE MAY BE SERVED BY AND THROUGH THE TEXAS TRANSPORTATION | REGISTERED AGENT | | |
| BRECHT TRUCKING LLC MAY BE SERVED BY AND THROUGH THE SECRETARY OF | REGISTERED AGENT | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 8/10/2016 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 8/10/2016 | ORIGINAL PETITION | | | 0 | | STERN, JEFFREY M. | WILLIAMS, TERESA |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (STATE HIGHWAY COMMISSION) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | SHERMAN, WADE MAY BE SERVED BY AND THROUGH THE TEXAS TRANSPORTATION | 8/10/2016 | 8/11/2016 | 8/29/2016 | 9/16/2016 | | 73276475 | MAIL TO ATTORNEY |
| | | | 3606 SANFORD RD NICHOLSON GA 30565 | | | | | | | |
| | | | 3606 SANFORD RD NICHOLSON GA 30565 | | | | | | | |
| CITATION (SECRETARY OF STATE NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | BRECHT TRUCKING LLC MAY BE SERVED BY AND THROUGH THE SECRETARY OF | 8/10/2016 | 8/11/2016 | | | | 73276483 | MAIL TO ATTORNEY |
| | | | 708 HEARTLAND TRAIL SUITE 2000 MADISON WI 53717 | | | | | | | |
| | | | 708 HEARTLAND TRAIL SUITE 2000 MADISON WI 53717 | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 71920182 | CITATION | | 09/16/2016 | 3 |
| 71920404 | Service Return | | 09/16/2016 | 3 |
| 71421086 | Plaintiffs Original Petition Jury Demand and Request For Disclosure | | 08/10/2016 | 6 |
| -> 71421087 | Civil case Information Sheet | | 08/10/2016 | 1 |
| -> 71421088 | Civil Process Request | | 08/10/2016 | 1 |
| -> 71421089 | Teresa Williams Clerk letter | | 08/10/2016 | 1 |

8/10/2016 11:56:35 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 12092134
By: MCDUGLE, RUTH A
Filed: 8/10/2016 11:56:35 AM

2016-52903 / Court: 189

# STERN LAW GROUP

August 8, 2016

Writer's E-Mail Address:
jstern@stern-lawgroup.com

**VIA E-File**
Mr. Chris Daniel
Harris County District Clerk
201 Caroline, Suite 420
Houston, Texas 77002

      **RE:**   **No. _____; Teresa Williams v. Wade Sherman and Brecht Trucking, LLC; In the _____ Judicial District Court of Harris County, Texas.**

Dear Mr. Daniel:

Enclosed for filing regarding the above referenced cause please find the following:

- Plaintiff's Original Petition, Jury Demand and Request for Disclosure;
- Civil Case Information Sheet; and
- Civil Process Request Form.

Payment is also included to cover filing fees and the preparation of two (2) citations for service.

After citations have been prepared, please return them to our office so that service may be perfected.

Please acknowledge receipt of this instrument(s) by affixing the electronic file date and time of filing on a copy of this document and return the same to us via electronic mail.

Thank you for your attention and cooperation.

                                                          Very truly yours,

                                                          **JEFFREY M. STERN**

JMS/tg
Enclosure
40503.01

4909 Bissonnet Street   Suite 100   Bellaire, TX 77401   P. 713.661.9900   F. 713.666.5922

www.stern-lawgroup.com

8/10/2016 11:56:35 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 12092134
By: MCDUGLE, RUTH A
Filed: 8/10/2016 11:56:35 AM

# 2016-52903 / Court: 189

## CIVIL PROCESS REQUEST

CASE NUMBER: _____          CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED: <u>Plaintiff's Original Petition</u>

FILE DATE OF MOTION:

SERVICE TO BE ISSUED ON:

1. NAME:    Wade Sherman
   ADDRESS: 3606 Sanford Rd., Nicholson, GA  30565
   AGENT:
   TYPE OF SERVICE: Citation
   SERVICE BY:  **Texas Transportation Commission: AFTER CITATION HAS BEEN COMPLETED, PLEASE RETURN IT TO US FOR SERVICE TO BE PERFECTED.**

2. NAME:    Brecht Trucking, LLC
   ADDRESS: 708 Heartland Trail, Suite 2000, Madison, WI  53717-2172
   AGENT:   John L. Hartung
   TYPE OF SERVICE: Citation
   SERVICE BY:  **Secretary of State: AFTER CITATION HAS BEEN COMPLETED, PLEASE RETURN IT TO US FOR SERVICE TO BE PERFECTED.**

································································
ATTORNEY REQUESTING SERVICE:

Jeffrey M. Stern, SBN: 19175660, Stern Law Group, 4909 Bissonnet St., Suite 100, Bellaire, Texas  77401, 713/661-9900, 713/666-5922 Facsimile, <u>jstern@stern-lawgroup.com</u>

8/10/2016 11:56:35 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 12092134
By: MCDUGLE, RUTH A
Filed: 8/10/2016 11:56:35 AM

# CIVIL CASE INFORMATION SHEET (REV. 2013)

**CAUSE NUMBER** (FOR CLERK USE ONLY): **2016-52903** / **Court: 189**

**STYLED:** TERESA WILLIAMS v. WADE SHERMAN and BRECHT TRUCKING, LLC

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name:** Jeffrey M. Stern | **Email:** jstern@stern-lawgroup.com | **Plaintiff(s)/Petitioner(s):** Teresa Williams | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| **Address:** 4909 Bissonnet St., Suite 100 | **Telephone:** (713) 661-9900 | | **Additional Parties in Child Support Case:**<br>Custodial Parent: |
| **City/State/Zip:** Bellaire, Texas 77401 | **Fax:** (713) 666-5922 | **Defendant(s)/Respondent(s):**<br>Wade Sherman<br>Brecht Trucking, LLC | Non-Custodial Parent: |
| **Signature:** /s/ | **State Bar No:** 19175660 | [Attach additional page as necessary to list all parties] | Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| **Debt/Contract**<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>**Foreclosure**<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>**Malpractice**<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability<br>☒ Motor Vehicle Accident<br>☐ Premises<br>**Product Liability**<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br>☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—Pre-indictment<br>☐ Other: | ☐ Annulment<br>☐ Declare Marriage Void<br>**Divorce**<br>☐ With Children<br>☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |

| Employment | Other Civil | | |
|---|---|---|---|
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | |

| Tax | Probate & Mental Health |
|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | **Probate/Wills/Intestate Administration**<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings<br><br>☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: |

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

## 4. Indicate damages sought (do not select if it is a family law case):

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

8/10/2016 11:56:35 AM
Chris Daniel - District Clerk Harris County
Envelope No. 12092134
By: Ruth McDugle
Filed: 8/10/2016 11:56:35 AM

**2016-52903 / Court: 189**
CAUSE NO. _____

| | | |
|---|---|---|
| **TERESA WILLIAMS** | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| **WADE SHERMAN, and** | § | |
| **BRECHT TRUCKING, LLC** | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, TERESA WILLIAMS,** Plaintiff in the above entitled and numbered cause, complaining of and against **WADE SHERMAN** and **BRECHT TRUCKING, LLC** Defendants herein, and for causes of action would respectfully show unto the Court the following:

## I.
## DISCOVERY CONTROL PLAN

1.0   Discovery is intended to be conducted under Level 3 of the Texas Rules of Civil Procedure 190.

## II.
## PARTIES

2.0   Plaintiff is a resident of Harris County, Texas.

2.1   Defendant, **WADE SHERMAN**, is an individual residing in the State of Georgia who, pursuant to the provisions of Section 17.061, et seq., Texas Civil Practice and Remedies Code, and §17.041, et seq., the Texas Long-Arm Statute, may be served by and through the Texas Transportation Commission, 125 East 11th Street, Austin, Texas 78701-2483, via certified mail, return receipt requested, who shall then forward the citation and petition to Defendant, may be served by and through his last known address: 3606 Sanford, Rd., Nicholson, GA 30565, or

wherever he may be found.

2.2 Defendant, **BRECHT TRUCKING, LLC** an entity doing business in Harris County, Texas and pursuant to the provisions of Section 17.061, et seq., Texas Civil Practice and Remedies Code, and §17.041, et seq., the Texas Long-Arm Statute, may be served by and through the Secretary of State, who shall then forward the Original Petition and Citation to Defendant, **BRECHT TRUCKING, LLC** addressed to serve with process herein by serving its Registered Agent, John J. Hartung, 708 Heartland Trail, Suite 2000, Madison, WI 53717-2172, or wherever he may be found.

### III.
### JURISDICTION & VENUE

3.0 Venue is proper in Harris County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code §15.001 et seq. because all or a substantial part of the events or omissions giving rise to the claims arose in Harris County, Texas. This Court has jurisdiction over the parties and subject matter hereof. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

### IV.
### FACTS

4.0 On or about March 16, 2016, Plaintiff was lawfully driving a 2014 Chevrolet Cruze, traveling northbound in the 2500 block of the North Freeway, a street located in Houston, Harris County, Texas. At the time in question, Defendant **WADE SHERMAN**, was driving a 2016 Freightliner Tractor Trailer, traveling in the same direction in a different lane. Defendant changed lanes when unsafe, striking Plaintiff's vehicle.

4.1 At such time, Defendant **WADE SHERMAN** was working in the course and scope of his employment with **BRECHT TRUCKING, LLC**.

## V.
## NEGLIGENCE OF DEFENDANTS

### A. WADE SHERMAN

5.0 At the time of the accident made the basis of this suit, Defendant, WADE SHERMAN, was operating the aforementioned vehicle in a negligent and careless manner in the following respects which, among others, may be shown at the trial of this cause:

 1. In failing to keep a proper lookout;
 2. Driver inattention;
 3. In failing to change lanes when unsafe; and
 4. In failing to operate the vehicle in a reasonable and prudent manner.

5.1 Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident, and the injuries sustained by the Plaintiff. Additionally, Defendant's acts or omissions in violating the Texas Transportation Code as listed above constitute negligence per se.

### B. BRECHT TRUCKING, LLC, INC.

5.2 The above-described collision was proximately caused by the negligence of Defendant BRECHT TRUCKING, LLC as a result of its negligent entrustment of the subject vehicle to Defendant WADE SHERMAN when it knew or should have known that he was not a safe driver.

5.3 Defendant WADE SHERMAN was an agent and/or servant of Defendant BRECHT TRUCKING, INC. As such, Defendant BRECHT TRUCKING, LLC is responsible for the conduct of Defendant WADE SHERMAN due to the master-servant relationship which existed, and under the doctrine of Respondeat Superior.

## VI.
## DAMAGES

6.0 Said elements of damage which Plaintiff seeks to recover from Defendants include

compensation for the following:

1. The physical pain and mental anguish sustained by Plaintiffs from date of injury to the time of trial;

2. The physical pain and mental anguish that Plaintiff will suffer in the future;

3. Loss of earnings sustained by Plaintiff from date of injury to time of trial;

4. Loss of earnings and earning capacity reasonably anticipated to be suffered by Plaintiff in the future;

5. Reasonable and necessary medical expenses incurred by Plaintiff in the treatment of Plaintiff's injuries from date of injury to time of trial;

6. Reasonable and necessary medical expenses reasonably anticipated to be sustained by Plaintiff in the future for treatment of Plaintiff's injuries;

7. Past and future physical disfigurement; and

8. Past and future physical impairment.

As such, Plaintiff affirmatively pleads that she seeks monetary relief over $200,000.00 but not more than $1,000,000.00.

## VII.
## REQUEST FOR JURY TRIAL

7.0 Plaintiffs request a jury trial.

## VIII.
## ALTERNATIVE PARAGRAPH NO. 1

8.0 In the alternative, Plaintiffs would show that if any injury and/or condition from which she currently suffers was pre-existing, then such condition was aggravated and/or exacerbated by the Defendants herein

## IX.
## ALTERNTIVE PARAGRAPH NO. 2

9.0 In the alternative, Plaintiff would show that if they suffer from any subsequent injury and/or condition, then such injury and/or condition was aggravated and/or exacerbated by the

negligence of the Defendant herein.

## X.
## REQUEST FOR DISCLOSURE

10.0 Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are hereby requested to disclose, within fifty (50) days of service of this document, the information or material described below. Please serve your responses on counsel representing this Plaintiff, and produce true and correct copies of all documents and other tangible items with your responses, in accordance with Rule 194.4.

10.1 Plaintiff requests disclosure of the following, pursuant to Rules 194.2(a) through 194.2(l):

    (a)    the correct names of the parties to the lawsuit;

    (b)    the name, address, and telephone number of any potential parties;

    (c)    the legal theories and, in general, the factual bases of Defendant's claims or defenses;

    (d)    the amount and any method of calculating economic damages;

    (e)    the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

    (f)    for any testifying expert:

        (1)    the expert's name, address, and telephone number;

        (2)    the subject matter on which the expert will testify;

        (3)    the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of Defendant, documents reflecting such information;

        (4)    if the expert is retained by, employed by, or otherwise subject to the control of Defendant:

            (A)    all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

(B)     the expert's current resume and bibliography;

        (g)     any discoverable indemnity and insuring agreements;

        (h)     any discoverable settlement agreements;

        (i)     any discoverable witness statements;

        (j)     in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

        (k)     in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

        (l)     the name, address, and telephone number of any person who may be designated as a responsible third party.

## XI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that these Defendants be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recovers from said Defendants, jointly and severally, a sum over $200,000.00 but not more than $1,000,000.00, costs of Court, pre-judgment and post-judgment interest at the legal rate, and demand for judgment for all other relief to which the Plaintiff deemed entitled.

                                        Respectfully submitted,
                                        THE STERN LAW GROUP

                                        [signature]

                                        JEFFREY M. STERN
                                        SBN 19175660
                                        4909 Bissonnet St., Suite 100
                                        Bellaire, Texas 77401
                                        713/661-9900
                                        713/666-5922 Facsimile

                                        **ATTORNEY FOR PLAINTIFFS**

TO: BRECHT TRUCKING LLC MAY BE SERVED BY AND THROUGH THE SECRETARY OF
STATE P O BOX 12079 AUSTIN, TEXAS    78711 AND THEN FORWARDED TO BRECHT
TRUCKING LLC BY SERVING ITS REGISTERED AGENT JOHN J HARTUNG AT THE FOLLOWING
ADDRESS OR WHEREVER HE MAY BE FOUND:
708 HEARTLAND TRAIL SUITE 2000  MADISON WI 537172172

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 10th day of August, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 11th day of August, 2016, under my hand and
seal of said Court.

Issued at request of:                      CHRIS DANIEL, District Clerk
STERN, JEFFREY M.                          Harris County, Texas
4909 BISSONNET, SUITE 100                  201 Caroline   Houston, Texas 77002
BELLAIRE, TX 77401                         (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 661-9900
Bar No.: 19175660                          GENERATED BY: MCDUGLE, RUTH ANN   V77//10455377

---

STATE OF _____
                          OFFICER/AUTHORIZED PERSON RETURN
County of _____

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|------|------|---|---|------|---|-------|
|      | MONTH | DAY | YEAR | HOUR | MIN |  |
|      |       |     |      |      |     |  |
|      |       |     |      |      |     |  |

a true copy of this notice, with a copy of:  .

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                                    _____
                                                           Affiant/Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                    _____
                                                           Notary Public

N.INT.SECN.P

For:
Jeffrey Stern
Stern Law Group
4909 Bissonnet, Suite 100
Bellaire, TX 77401

Received by THE HAWKINS AGENCY on the 19th day of August, 2016 at 10:25 am to be served on **BRECHT TRUCKING LLC BY DELIVERING TO THE TEXAS SECRETARY OF STATE, P.O. BOX 12079, AUSTIN, TRAVIS County, TX 78711.**

I, Matt Miller, being duly sworn, depose and say that on the **29th day of August, 2016 at 5:21 am, I:**

delivered a true copy of the **Citation, Plaintiff's Original Petition, Jury Demand and Request for Disclosure** to: **BRECHT TRUCKING LLC BY DELIVERING TO THE TEXAS SECRETARY OF STATE** at the address of: **P.O. BOX 12079, AUSTIN, TRAVIS County, TX 78711**, by Certified Mail Return Receipt Requested in compliance with state statutes.

I am an authorized private process server, authorized by the Texas Supreme Court. I am over the age of eighteen (18) and I am not a party to nor interested in the outcome of this lawsuit. I am of sound mind and capable of making this Affidavit. I am fully competent to testify to the matters stated herein. I am personally acquainted with the facts herein stated in this Affidavit which are true and correct.

Subscribed and Sworn to before me on the 6th day of September, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

DOMINICK HAWKINS
Commission #124629973
My Commission Expires
JULY 29, 2019

Matt Miller
SCH-9756    EXP: 6/30/18

THE HAWKINS AGENCY
P. O. Box 2601
Houston, TX 77252-2601
(281) 888-3991

Our Job Serial Number: THA-2016002535
Ref: 40503.01 TERESA WILLIAMS (TG)

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

Tracking Number: 70150920000188016295

On Time
Updated Delivery Day: Monday, August 29, 2016

## Product & Tracking Information

| Postal Product: | Features: | | |
|---|---|---|---|
| First-Class Mail® | Certified Mail™ | Return Receipt | |
| | See tracking for related item: 9590940213385285159547 | | |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 29, 2016, 5:21 am | Delivered, PO Box | AUSTIN, TX 78711 |

Your item has been delivered and is available at a PO Box at 5:21 am on August 29, 2016 in AUSTIN, TX 78711.

| August 27, 2016, 1:29 pm | Available for Pickup | AUSTIN, TX 78711 |
|---|---|---|
| August 27, 2016, 12:49 pm | Arrived at Unit | AUSTIN, TX 78711 |
| August 27, 2016, 2:51 am | Departed USPS Facility | AUSTIN, TX 78710 |
| August 26, 2016, 9:35 am | Arrived at USPS Destination Facility | AUSTIN, TX 78710 |
| August 26, 2016, 12:23 am | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| August 25, 2016, 7:02 pm | Acceptance | HOUSTON, TX 77002 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

Track It

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70150920000188016295

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Brent Trucking LLC
c/o The Texas Secretary of State
P.O. Box 12079
Austin, TX 78711

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
B. Received by (Printed Name) — AUSTIN DA
C. Date of Delivery — AUG 29 2016

D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 1338 5285 1595 47

2. Article Number (Transfer from service label)
7015 0920 0001 8801 6295

Unofficial Copy Office of Chris Daniel District Clerk

County of Harris

TO: SHERMAN, WADE MAY BE SERVED BY AND THROUGH THE TEXAS TRANSPORTATION
COMMISSION 125 EAST 11TH STREET, AUSTIN, TEXAS  78701-2483 WHO SHALL THEN
FORWARD THE CITATION AND PETITION TO THE DEFENDANT AT HIS LAST KNOW ADDRESS
OR WHEREVER HE MAY BE FOUND:
3606 SANFORD RD  NICHOLSON GA 30565

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>10th day of August, 2016</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 11th day of August, 2016, under my hand and seal of said Court.

<u>Issued at request of:</u>
STERN, JEFFREY M.
4909 BISSONNET, SUITE 100
BELLAIRE, TX 77401
Tel: (713) 661-9900
<u>Bar No.</u>: 19175660

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline     Houston, Texas 77002
(P.O. Box 4651  Houston, Texas 77210)
GENERATED BY: MCDUGLE, RUTH ANN    V77//10455377

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ .M., on the ____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____.M., on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the
                                                                              Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

                                                       _____ of _____ County, Texas

                                              By _____
_____                              Deputy
      Affiant

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared . After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                       _____
                                                       Notary Public

N.INT.HWY.P

For:
Jeffrey Stern
Stern Law Group
4909 Bissonnet, Suite 100
Bellaire, TX 77401

Received by THE HAWKINS AGENCY on the 2nd day of August, 2016 at 7:42 am to be served on **R S TRUCKING & EQUIPMENT LLC BY DELIVERING TO ITS REGISTERED AGENT, MICHAEL GARY ORLANDO, 3401 ALLEN PARKWAY SUITE 101, HOUSTON, HARRIS County, TX 77019**.

I, Matt Miller, being duly sworn, depose and say that on the **29th day of August, 2016** at **7:03 am**, I:

delivered a true copy of the **Citation, Plaintiff's Original Petition, Jury Demand and Request for Disclosure** to: **R S TRUCKING & EQUIPMENT, LLC BY DELIVERING TO THE TEXAS SECRETARY OF STATE** at the address of: **P.O. BOX 12079, AUSTIN, Travis County, TX 78711-2079**, by Certified Mail Return Receipt Requested in compliance with state statutes.

I am an authorized private process server, authorized by the Texas Supreme Court. I am over the age of eighteen (18) and I am not a party to nor interested in the outcome of this lawsuit. I am of sound mind and capable of making this Affidavit. I am fully competent to testify to the matters stated herein. I am personally acquainted with the facts herein stated in this Affidavit which are true and correct.

Subscribed and Sworn to before me on the 1st day of September, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

DOMINICK HAWKINS
Commission #124629973
My Commission Expires
JULY 29, 2019

Matt Miller
SCH-9756    EXP: 6/30/18

**THE HAWKINS AGENCY**
P. O. Box 2601
Houston, TX 77252-2601
(281) 888-3991

Our Job Serial Number: THA-2016002361
Ref: 40827.01 BARBARA JOHNSON (TG)

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

Tracking Number: 70150920000188016424

On Time
Updated Delivery Day: Monday, August 29, 2016

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™  Return Receipt
See tracking for related item: 9590940213385285159554

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 29, 2016, 5:21 am | Delivered, PO Box | AUSTIN, TX 78711 |

Your item has been delivered and is available at a PO Box at 5:21 am on August 29, 2016 in AUSTIN TX 78711.

| August 27, 2016, 1:29 pm | Available for Pickup | AUSTIN, TX 78711 |
| August 27, 2016, 12:49 pm | Arrived at Unit | AUSTIN, TX 78711 |
| August 27, 2016, 2:51 am | Departed USPS Facility | AUSTIN, TX 78710 |
| August 26, 2016, 9:36 am | Arrived at USPS Destination Facility | AUSTIN, TX 78710 |
| August 26, 2016, 12:23 am | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| August 25, 2016, 7:03 pm | Acceptance | HOUSTON, TX 77002 |

## Track Another Package

Tracking (or receipt) number

Track It

*Unofficial Copy Office of Chris Daniel District Clerk*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
RS Trucking + Equipment LLC
c/o The Texas Secretary of State
P.O. Box 12079
Austin, TX 78711

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ PASSPORT_____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery  AUG 29
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
   Mail Restricted Delivery

2. Article Number (Transfer from service label)
7015 0920 0001 8801 6424

9590 9402 1338 5285 1595 54